UNITED STATES DISTRICT COURT

WESTERN
DISTRICT of WISCONSIN

DOC NO
REC'D/FILED
2020 APR 29  AM 10: 31

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Plaintiff,

WAYNE Thomas

V.

Defendant,
United States of America
OXFORD FEDERAL Correctional Institutions
Health Service provider
In their official capacity
NURSE KATE Galbraith -
NURSE PENNY PERRY -
DNP. PAULA BRADY -
PHY. KWAME GYASI -

20-cv-400-wmc

## JURISDICTION

28 U.S.C. § 1346 (B)(1) SUBJECT TO THE Provisions of chapter 171 of this title [28 USCS § 2671 et seq.], The District Courts, Together with The United states District Court of The Canal Zone And The District Court of The Virgin Islands shall have Exclusive Jurisdiction of civil actions on claims against The United States, for money Damages, Accruing on And After January 1, 1945 for Injury or loss of property, or personal Injury or Death caused by The negligent or wrongful act or omission of any Employee of The Government while Acting within The scope of his office or employment, under Circumstances where The United states. If a Private person, would Be liable To The Claimant in Accordance with The law of The place where The Act on omission occurred.

28 U.S.C. § 2671-80 Definitions. As used in This Chapter [28 USC §§ 2671 et seq.] And sections 1346(B) And 2401(B) of This Title [28 USCS §§ 1346(B) And 2401(B)], The term "federal Agency" includes The Executive departments, The Judicial and legislative Branches, The military Departments Independent Establishment of The United states And corporations primarily Acting As Instrumentalities on Agencies of The United states But Does not Include Any Contractor with The United States.